

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

REN XUN LIN,

Petitioner,

v.

JEREMY CASEY, Warden, Imperial
Regional Detention Facility, et al.,

Respondents.

Case No.:  26-cv-2024-RSH-BLM

**ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS**

[ECF No. 3]

On March 31, 2026, petitioner Ren Xun Lin filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner also filed a motion for a temporary restraining order. ECF No. 3.

Petitioner contends that his immigration detention without a bond hearing has become unduly prolonged in violation of the due process clause. On April 7, 2026, Respondents filed a return stating that given the rulings by courts in this District and the circumstances in this case, "the government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." ECF No. 5 at 1.

//

1

26-cv-2024-RSH-BLM

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Ren Xun Lin before an immigration court within ***seven (7) days*** of this order, at which the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight. The Court declines to order Petitioner's immediate release or further injunctive relief, as the Petition does not set forth an adequate legal basis for such relief.[1]

In light of this disposition, Petitioner's motion for a temporary restraining order [ECF No. 3] is **DENIED** as moot.

**IT IS SO ORDERED**.

Dated: April 7, 2026

_____
Hon. Robert S. Huie
United States District Judge

---

[1]    In the event Petitioner seeks to recover attorneys' fees, he must do so by way of a noticed motion complying with the Civil Local Rules of this Court and the undersigned's Civil Pretrial Procedures.

26-cv-2024-RSH-BLM